**PATTERSON BELKNAP WEBB & TYLER LLP**
Steven A. Zalesin (*Pro Hac Vice*)
sazalesin@pbwt.com
Josh Kipnees (*Pro Hac Vice*)
jkipnees@pbwt.com
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2110
Facsimile: (212) 336-2111

**LAFAYETTE & KUMAGAI LLP**
Gary T. Lafayette (SBN 88666)
glafayette@lkclaw.com
Brian H. Chun (SBN 215417)
bchun@lkclaw.com
LAFAYETTE & KUMAGAI LLP
1300 Clay Street, Suite 810
Oakland, CA 94612
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

*Attorneys for Defendant Zarbee's, Inc.*

**DOVEL & LUNER, LLP**
Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYSTAL LOPEZ and DAMANY BROWNE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br>ZARBEE'S, INC.,<br><br>Defendant. | Case no. 22-cv-4465-CRB<br><br>**STIPULATION REGARDING DEPOSITIONS** |

Plaintiffs Krystal Lopez and Damany Browne and Defendant Zarbee's, Inc. ("Zarbee's") (collectively, the "Parties"), through their respective attorneys of record, hereby enter into the stipulation below with reference to depositions:

WHEREAS, Plaintiffs commenced the above-captioned action (the "Action") on August 2, 2022;

WHEREAS, on June 14, 2024, Plaintiffs requested a telephonic conference with the Court regarding deposition objections;

WHEREAS, on June 14, 2024, the Court ordered the parties to meet and confer regarding the dispute and, if the parties reached agreement, to memorialize the agreement in a stipulation filed with the Court, ECF No. 79;

WHEREAS, the parties met and conferred on June 17, 2024, and have amicably agreed to resolve their dispute pursuant to the terms stipulated below;

IT IS HEREBY STIPULATED that:

(1) For all future depositions in this Action, counsel defending the deposition shall be limited to making the following objections during the deposition: objections on privilege grounds; objections to form; and, for depositions pursuant to Federal Rule of Procedure 30(b)(6), objections to questions seeking testimony that falls outside the scope of the deposition topics on which the witness has been designated to testify.

(2) By objecting to form without further stating the basis for the objection (including but not limited to the compound, vague, or speculative nature of the question, the fact that the question has been asked and answered, the fact that the question calls for a legal conclusion, and/or that the question mischaracterizes the witness's testimony or assumes facts not in evidence), the objecting party expressly preserves and does not waive the objection if the deposition testimony is later proposed to be introduced as evidence at trial or other proceedings.

(3) In light of the resolution of this dispute, the Parties agree that this Court's discovery management conference scheduled for June 21, 2024 can be cancelled.

**IT IS SO STIPULATED.**                          - 1 -            STIPULATION REGARDING DEPOSITIONS

| | | |
|---|---|---|
| 1 | Dated: June 20, 2024 | *Joshua Kipnees* |
| 2 | | Joshua Kipnees (*Pro Hac Vice*) |
| | | jkipnees@pbwt.com |
| | | Steven A. Zalesin (*Pro Hac Vice*) |
| 3 | | sazalesin@pbwt.com |
| | | PATTERSON BELKNAP WEBB &TYLER LLP |
| 4 | | 1133 Avenue of the Americas |
| | | New York, New York 10036 |
| 5 | | Telephone:  (212) 336-2110 |

Gary T. Lafayette (SBN 88666)
glafayette@lkclaw.com
Brian H. Chun (SBN 215417)
bchun@lkclaw.com
LAFAYETTE & KUMAGAI LLP
1300 Clay Street, Suite 810
Oakland, CA 94612
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

*Attorneys for Defendant*


 *Jonas Jacobsen*
Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066

*Attorneys for Plaintiffs*

- 2 -    STIPULATION REGARDING DEPOSITIONS